UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ANDREA DERKS FAGAN, et al.**               **CIVIL ACTION**

**VERSUS**                                    **NO. 12-189**

**LAWRENCE NATHAN ASSOCIATES, INC.**          **SECTION: "G"(1)**

## JUDGMENT

In accordance with this Court's written Order and Reasons[1] entered July 9, 2013;

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of plaintiffs Andrea Derks Fagan and George D. Fagan and against Lawrence Nathan Associates, Inc. on Plaintiffs' claims for breach of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.* and the Louisiana Unfair Trade Practices Act ("LUTPA"), La. Rev. Stat. 51:1401, *et seq.*;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment be rendered against Plaintiffs, dismissing with prejudice all claims under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.* and Louisiana Civil Code Article 2315(A);

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiffs are jointly awarded past and future economic damages in the amount of $13,908.41; each Plaintiff is awarded $1,000.00 in statutory damages under the FDCPA; and, as the prevailing parties, the Plaintiffs are jointly awarded $5,000.00 for the reasonable attorney's fees incurred in connection with this matter;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, as the prevailing parties, Plaintiffs are awarded costs pursuant to 28 USC § 1920, subject to the Plaintiffs timely

---
[1] Rec. Doc. 22.

1

submitting a Bill of Costs in accordance with Local Rules 54.3 and 54.3.1 and Rule 54(d) of the Federal Rules of Civil Procedure;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiffs are awarded prejudgment interest at the rate described in 28 U.S.C. § 1961 on the award of damages from the date of judicial demand, and post judgment interest at the same rate on the award of damages, attorney's fees and costs commencing from the date of the entry of this judgment until such amounts are paid in full and the judgment is satisfied.

**NEW ORLEANS, LOUISIANA**, this 9th day of July, 2013.

*[signature]*
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**